# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAWRENCE F. CURTIN,**
Appellant,

v.

**JANET CROOM,**
Appellee.

No. 4D18-3643

[November 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; A.B. Majeed, Senior Judge; L.T. Case No. 562018DR002895.

Lawrence F. Curtin, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

LEVINE, C.J., MAY, J., and PHILLIPS, CAROL-LISA, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***